# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| Thomas L. Reed, Sr., | ) No.: 1:08-cv-00154-SPB |
| Plaintiff, | ) Assigned to: Susan Paradise Baxter |
| | ) Cause: 42:1983pr Prisoner Civil Rights |
| v. | ) |
| Millcreek Police All Officer Involved Witness, | ) |
| Defendant. | ) **ELECTRONICALLY FILED** |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Defendant, Millcreek Police hereby moves for a continuance of the Case Management Conference scheduled for August 20, 2009, and in support thereof states the following:

1. Counsel for Defendant is transporting his son to Kenyon College to begin his freshman year and is not able to attend said conference either in person or by telephone on that date.

2. Counsel is free on the following dates: August 25 and August 31, 2009. In addition, counsel has available time in September to appear either in person or by telephone.

WHERERFORE, Defendant moves that the Court continue this conference to another date which is convenient for the Court and the parties.

Respectfully submitted,

**LAW OFFICE OF JOSEPH S. WEIMER**

By: s/Edmond R. Joyal
Edmond R. Joyal, Jr., Esquire
**Attorney for Defendant,
Millcreek Police**
PA I.D. #65907
975 Two Chatham Center
Pittsburgh, PA  15219
(412) 338-3098
(412) 471-8748 (fax)
EJOYAL@travelers.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2009, I electronically filed the foregoing MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE using the CM/ECF system which will send notification of such filing to:

**N/A**

And, I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participant(s) on August 5, 2009:

**Thomas L. Reed, Sr.**
**2657 Maple Street, Apt. 1**
**Erie, PA  16508**

**LAW OFFICE OF JOSEPH S. WEIMER**

By: s/Edmond R. Joyal
    Edmond R. Joyal, Jr., Esquire
    **Attorney for Defendant,**
    **Millcreek Police**
    PA I.D. #65907
    975 Two Chatham Center
    Pittsburgh, PA  15219
    (412) 338-3098
    (412) 471-8748 (fax)
    EJOYAL@travelers.com